| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| **BAPTIST HOSPITALS** § | |
| **OF SOUTHEAST TEXAS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:17-CV-456** |
| § | |
| **SELECTCARE OF TEXAS, INC. f/k/a** § | |
| **SELECTCARE OF TEXAS, L.L.C.,** § | |
| **A SUBSIDIARY OF UNIVERSAL** § | |
| **AMERICAN CORPORATION,** § | |
| § | |
| **Defendant.** § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636 and the Local Rules for the United States District Court for the Eastern District of Texas, the Court referred this case to United States Magistrate Judge Keith F. Giblin for entry of findings and recommendation on case-dispositive motions and determination of non-dispositive matters. On October 4, 2018, Judge Giblin entered his Report and Recommendation (#29) recommending that the Court grant the defendant's motion to dismiss without prejudice.

To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the Magistrate Judge's report and the record in this cause. The Court agrees with the Magistrate Judge's findings and conclusions and adopts Judge Giblin's report as the findings and conclusions of the Court.

The Court therefore **ORDERS** that Judge Giblin's Report and Recommendation (#29) is **ADOPTED**. The Court further **ORDERS** that the Defendant's motion to dismiss (#20) is **GRANTED**. Finally, pursuant to Judge Giblin's recommendation, it is **ORDERED** that the

Plaintiff's claims are dismissed without prejudice.  This case is **CLOSED**.

SIGNED at Beaumont, Texas, this 26th day of October, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE